CLOSED         RECEIVED
NOV - 6 2002
AVERN COHN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

A-MAC SALES & BUILDERS CO., INC.,
a Michigan Corporation,

      Plaintiff,

CASE NO. 00-74899
HONORABLE AVERN COHN

VILLAGES AT PARKSIDE, LLCs I-IV, Michigan limited liability companies, THE DETROIT HOUSING COMMISSION, a Michigan corporation, DHC PARKSIDE, INC., a Michigan corporation, CAPITAL NEEDS UNLIMITED, a Massachusetts corporation, KEN MOODY, IRENE HANNAH, JOHN NELSON, DeMARIA BUILDING CO., INC., a Michigan corporation, GRAND RAPIDS DRYWALL SUPPLIES, INC., a Michigan corporation, MARINE CITY CEILING & PARTITION, INC., a Michigan corporation, COMMERCIAL CARPET CORPORATION, a Michigan corporation, CANTON CONSTRUCTION CORP., a Michigan corporation, M&B MECHANICAL, a Michigan corporation and DOES 1-20



**STIPULATED ORDER OF**
**DISMISSAL WITH PREJUDICE**

      Defendants,

and

VILLAGES AT PARKSIDE, LLCs I – IV, Michigan limited liability companies, THE DETROIT HOUSING COMMISSION, a Michigan corporation, DHC PARKSIDE, INC., a Michigan corporation,

      Counter and Third-Party Plaintiffs,

v.

UNITED STATES FIDELITY AND GUARANTY INSURANCE COMPANY,

      Third Party Defendant.

_____/

FILED
2002 NOV -6 P 4:10
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

97

| | |
|---|---|
| Mark L. McAlpine (P35583)<br>Steven A. Wright (P56970)<br>Rebecca C. Klipfel (P58418)<br>McALPINE & McALPINE, P.C.<br>3201 University Drive, Suite 100<br>Auburn Hills, MI 48326<br>(248) 373-3700<br>Attorneys for Plaintiff A-MAC Sales &<br>Builders Co., Inc. | Timothy A. Stoepker (P31297)<br>Scott A. MacGriff (P55864)<br>DICKINSON WRIGHT, PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>Attorneys for Defendants Villages at Parkside,<br>LLCs I-IV and DHC Parkside, Inc. |
| Alvin A. Rutledge (P19785)<br>Matthew A. Brauer (P46082)<br>RUTLEDGE, MANION, RABAUT, TERRY<br>& THOMAS, P.C.<br>4000 Penobscot Building<br>Detroit, MI 48226<br>(313) 965-6100<br>Attorney for Defendants City of Detroit<br>Housing Commission and John Nelson | Randall E. Phillips (P26053)<br>Noel F. Beck (P41084)<br>PROVIZER & PHILLIPS, P.C.<br>6785 Telegraph Road, Suite 400<br>Bloomfield Hills, MI 48301<br>(248) 642-0444<br>Attorneys for Defendant Capital Needs<br>Unlimited |
| Phillip G. Alber (P24802)<br>ALBER CRAFTON, PLLC<br>2301 W. Big Beaver Road, Suite 300<br>Troy, MI 48084<br>(248) 822-6190<br>Attorneys for United States Fidelity and<br>Guaranty Insurance Company | Richard D. Areddy (P10241)<br>300 Park, Suite 215<br>Birmingham, MI 48009<br>(248) 642-0971<br>Attorney for Commercial Carpet Corp. |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE

At a session of the Court
held in Detroit, Wayne County, Michigan
on NOV 0 6 2002
before the HONORABLE AVERN COHN

Upon stipulation of the parties and the court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs

to any party. This resolves the last pending claim and closes the case.

SO ORDERED.

_____
HONORABLE AVERN COHN

SO STIPULATED:

**McALPINE & McALPINE, P.C.**

_____
Steven A. Wright (P56970)
Attorneys for A-MAC Sales & Builders Co., Inc.

**RICHARD D. AREDDY**

_____
Richard D. Areddy (P10241)
Attorneys for Defendant Commercial Carpet Corp.

**PROVIZER & PHILLIPS, P.C.**

_____
Randall E. Phillips (P26053)
Attorneys for Defendant Capital Needs Unlimited

**DICKINSON WRIGHT, PLLC**

_____
Scott A. MacGriff (P55864)
Attorneys for Defendants Villages At Parkside LLCs I-IV and DHC Parkside, Inc.

**RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.**

_____
Alvin A. Rutledge (P19785)
Attorneys for Defendants City of Detroit Housing Commission and John Nelson

**ALBER CRAFTON, PLLC**

_____
Phillip G. Alber (P24802)
Attorneys for United States Fidelity and Guaranty Insurance Company

to any party. This resolves the last pending claim and closes the case.

SO ORDERED.

_____
HONORABLE AVERN COHN

SO STIPULATED:

| McALPINE & McALPINE, P.C. | DICKINSON WRIGHT, PLLC |
|---|---|
| _/s/ Steven A. Wright_ | _/s/ Scott A. MacGriff_ |
| Steven A. Wright (P56970) | Scott A. MacGriff (P55864) |
| Attorneys for A-MAC Sales & Builders Co., Inc. | Attorneys for Defendants Villages At Parkside LLCs I-IV and DHC Parkside, Inc. |
| **RICHARD D. AREDDY** | **RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.** |
| Richard D. Areddy (P10241) | Alvin A. Rutledge (P19785) |
| Attorneys for Defendant Commercial Carpet Corp. | Attorneys for Defendants City of Detroit Housing Commission and John Nelson |
| **PROVIZER & PHILLIPS, P.C.** | **ALBER CRAFTON, PLLC** |
| Randall E. Phillips (P26053) | Phillip G. Alber (P24802) |
| Attorneys for Defendant Capital Needs Unlimited | Attorneys for United States Fidelity and Guaranty Insurance Company |

3

to any party. This resolves the last pending claim and closes the case.

SO ORDERED.

_____
HONORABLE AVERN COHN

SO STIPULATED:

McALPINE & McALPINE, P.C.

_____
Steven A. Wright (P56970)
Attorneys for A-MAC Sales & Builders Co., Inc.

RICHARD D. AREDDY

_____
Richard D. Areddy (P10241)
Attorneys for Defendant Commercial Carpet Corp.

PROVIZER & PHILLIPS, P.C.

_____
Randall E. Phillips (P26053)
Attorneys for Defendant Capital Needs Unlimited

DICKINSON WRIGHT, PLLC

_____
Scott A. MacGriff (P55864)
Attorneys for Defendants Villages At Parkside LLCs I-IV and DHC Parkside, Inc.

RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.

_____
Alvin A. Rutledge (P19785)
Attorneys for Defendants City of Detroit Housing Commission and John Nelson

ALBER CRAFTON, PLLC

_____
Phillip G. Alber (P24802)
Attorneys for United States Fidelity and Guaranty Insurance Company

to any party. This resolves the last pending claim and closes the case.

SO ORDERED.

_____
HONORABLE AVERN COHN

SO STIPULATED:

**McALPINE & McALPINE, P.C.**                **DICKINSON WRIGHT, PLLC**

_____              _____
Steven A. Wright (P56970)                    Scott A. MacGriff (P55864)
Attorneys for A-MAC Sales & Builders Co.,    Attorneys for Defendants Villages At Parkside
Inc.                                         LLCs I-IV and DHC Parkside, Inc.

**RICHARD D. AREDDY**                        **RUTLEDGE, MANION, RABAUT,**
                                             **TERRY & THOMAS, P.C.**

_____              _____
Richard D. Areddy (P10241)                   Alvin A. Rutledge (P19785)
Attorneys for Defendant Commercial Carpet    Attorneys for Defendants City of Detroit
Corp.                                        Housing Commission and John Nelson

**PROVIZER & PHILLIPS, P.C.**                **ALBER CRAFTON, PLLC**

_____              _____
Randall E. Phillips (P26053)                 Phillip G. Alber (P24802)
Attorneys for Defendant Capital Needs        Attorneys for United States Fidelity and
Unlimited                                    Guaranty Insurance Company

3

to any party. This resolves the last pending claim and closes the case.

SO ORDERED.

_____
HONORABLE AVERN COHN

SO STIPULATED:

| McALPINE & McALPINE, P.C. | DICKINSON WRIGHT, PLLC |
|---|---|
| _____<br>Steven A. Wright (P56970)<br>Attorneys for A-MAC Sales & Builders Co., Inc. | _____<br>Scott A. MacGriff (P55864)<br>Attorneys for Defendants Villages At Parkside LLCs I-IV and DHC Parkside, Inc. |
| **RICHARD D. AREDDY** | **RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.** |
| _____<br>Richard D. Areddy (P10241)<br>Attorneys for Defendant Commercial Carpet Corp. | _____<br>Alvin A. Rutledge (P19785)<br>Attorneys for Defendants City of Detroit Housing Commission and John Nelson |
| **PROVIZER & PHILLIPS, P.C.** | **ALBER CRAFTON, PLLC** |
| _____<br>Randall E. Phillips (P26053)<br>Attorneys for Defendant Capital Needs Unlimited | _____<br>Phillip G. Alber (P24802)<br>Attorneys for United States Fidelity and Guaranty Insurance Company |

to any party. This resolves the last pending claim and closes the case.

SO ORDERED.

_____
HONORABLE AVERN COHN

SO STIPULATED:

| McALPINE & McALPINE, P.C. | DICKINSON WRIGHT, PLLC |
|---|---|
| Steven A. Wright (P56970)<br>Attorneys for A-MAC Sales & Builders Co., Inc. | Scott A. MacGriff (P55864)<br>Attorneys for Defendants Villages At Parkside LLCs I-IV and DHC Parkside, Inc. |
| **RICHARD D. AREDDY** | **RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.** |
| Richard D. Areddy (P10241)<br>Attorneys for Defendant Commercial Carpet Corp. | Alvin A. Rutledge (P19785)<br>Attorneys for Defendants City of Detroit Housing Commission and John Nelson |
| **PROVIZER & PHILLIPS, P.C.** | **ALBER CRAFTON, PLLC** |
| Randall E. Phillips (P26053)<br>Attorneys for Defendant Capital Needs Unlimited | Phillip G. Alber (P24802)<br>Attorneys for United States Fidelity and Guaranty Insurance Company |

3