RECEIVED
NOV - 6 2002
AVERN COHN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**A-MAC SALES & BUILDERS CO., INC.**
a Michigan Corporation,

Plaintiff,

Case No.: 00-74899
Hon: Avern Cohn
Magistrate Judge Morgan

-vs-

**VILLAGES AT PARKSIDE, LLCs I-IV,** Michigan limited liability companies, **THE DETROIT HOUSING COMMISSION**, a Michigan corporation, **DHC PARKSIDE, INC.**, a Michigan corporation, **CAPITAL NEEDS UNLIMITED,** a Massachusetts corporation, **KEN MOODY, IRENE HANNAH, JOHN NELSON** and **DOES 1-20**

Defendants.

FILED
2002 NOV -6 P 4: 10
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

---

| | |
|---|---|
| MARK L. McALPINE (P35583) | RANDALL E. PHILLIPS (26053) |
| STEVEN A. WRIGHT (P56970) | NOEL F. BECK (41084) |
| McALPINE & McALPINE, P.C. | PROVIZER & PHILLIPS, P.C. |
| Attorneys for A-MAC | Attorneys for CNU |
| 3201 University Drive, Suite 100 | 6785 Telegraph Road, Suite 400 |
| Auburn Hills, MI 48326 | Bloomfield Hills, MI 48301 |
| (248) 373-3700 | (248) 642-0444 |
| | |
| TIMOTHY A. STOEPKER (P31297) | MATTHEW A. BRAUER, P46082 |
| DICKINSON, WRIGHT | RUTLEDGE, MANION, TERRY & |
| Attorneys for Defendants Villages at Parkside, | THOMAS, P.C. |
| LLCs I-IV and DHC Parkside, Inc. | Attorneys for Defendant The Detroit |
| 500 Woodward Avenue, Suite 4000 | Housing Commission and Nelson |
| Detroit, MI 48226-3416 | 4000 Penobscot Building |
| (313) 223-3500 | Detroit, MI 48226 |
| | (313) 965-6100 |
| | |
| PHILIP G. ALBER, ESQ. (P24802) | RICHARD AREDDY (P10241) |
| MAGER, MERCER & ALBER, P.C. | Attorney for Commercial Carpet |
| Attorney for USF& G | 300 Park, Suite 215 |
| 2301 West Big Beaver Road, Suite 300 | Birmingham, MI 48009 |
| Troy, MI 48084 | (248) 642-0971 |
| (248) 822-6190 | |

---

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT
ON COUNT XI AGAINST CNU AND DISMISSAL OF ALL OTHER COUNTS AND
CLAIMS**



Plaintiff, AMAC and Defendant CNU, by their respective counsel hereby stipulate and agree to entry of a judgment against Defendant, CNU, only on Count XI of AMAC's Second Amended Complaint only (AMAC's Negligence Claim) in the amount of Seventy-Five Thousand Dollars ($75,000), and for dismissal with prejudice and without costs all other counts or claims against CNU.

BY _____
STEVEN WRIGHT (P56970)
Attorney for Plaintiff

BY _____
RANDALL E. PHILLIPS (P26053)
Attorney for CNU

Plaintiff, AMAC and Defendant CNU, by their respective counsel hereby stipulate and agree to entry of a judgment against Defendant, CNU, only on Count XI of AMAC's Second Amended Complaint only (AMAC's Professional Negligence Claim) in the amount of Seventy-Five Thousand Dollars ($75,000), and for dismissal with prejudice and without costs all other counts or claims against CNU.

BY_____
STEVEN WRIGHT (P56970)
Attorney for Plaintiff

BY_____
RANDALL E. PHILLIPS (P26053)
Attorney for CNU

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**A-MAC SALES & BUILDERS CO., INC.**
a Michigan Corporation,

Plaintiff,

Case No.: 00-74899
Hon: Avern Cohn
Magistrate Judge Morgan

-vs-

**VILLAGES AT PARKSIDE, LLCs I-IV,** Michigan limited liability companies, **THE DETROIT HOUSING COMMISSION**, a Michigan corporation, **DHC PARKSIDE, INC.,** a Michigan corporation, **CAPITAL NEEDS UNLIMITED,** a Massachusetts corporation, **KEN MOODY, IRENE HANNAH, JOHN NELSON** and **DOES 1-20**

Defendants.

---

| | |
|---|---|
| MARK L. McALPINE (P35583)<br>STEVEN A. WRIGHT (P56970)<br>McALPINE & McALPINE, P.C.<br>Attorneys for A-MAC<br>3201 University Drive, Suite 100<br>Auburn Hills, MI 48326<br>(248) 373-3700 | RANDALL E. PHILLIPS (26053)<br>NOEL F. BECK (41084)<br>PROVIZER & PHILLIPS, P.C.<br>Attorneys for CNU<br>6785 Telegraph Road, Suite 400<br>Bloomfield Hills, MI 48301<br>(248) 642-0444 |
| TIMOTHY A. STOEPKER (P31297)<br>DICKINSON, WRIGHT<br>Attorneys for Defendants Villages at Parkside,<br>LLCs I-IV and DHC Parkside, Inc.<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-3416<br>(313) 223-3500 | MATTHEW A. BRAUER, P46082<br>RUTLEDGE, MANION, TERRY &<br>THOMAS, P.C.<br>Attorneys for Defendant The Detroit<br>Housing Commission and Nelson<br>4000 Penobscot Building<br>Detroit, MI 48226<br>(313) 965-6100 |
| PHILIP G. ALBER, ESQ. (P24802)<br>MAGER, MERCER & ALBER, P.C.<br>Attorney for USF& G<br>2301 West Big Beaver Road, Suite 300<br>Troy, MI 48084<br>(248) 822-6190 | RICHARD AREDDY (P10241)<br>Attorney for Commercial Carpet<br>300 Park, Suite 215<br>Birmingham, MI 48009<br>(248) 642-0971 |

**JUDGMENT AGAINST CAPITAL NEEDS UNLIMITED ONLY ON COUNT XI ONLY AND DISMISSAL OF ALL OTHER CLAIMS AGAINST CAPITAL NEEDS UNLIMITED**

At a session of said U.S. District Court for the Eastern District of Michigan on _____ NOV 0 6 2002

Present: Honorable: _____ AVERN COHN
U.S. DISTRICT COURT JUDGE

The Court having reviewed the parties' stipulation;

IT IS HEREBY ORDERED that Judgment shall be and hereby is entered in favor of Plaintiff, AMAC and against Defendant, Capital Needs Unlimited only on Count XI of Plaintiff's Second Amended Complaint (Negligence Count) in the amount of Seventy-Five Thousand Dollars ($75,000).

IT IS FURTHER ORDERED that all other counts of Plaintiff's Second Amended Complaint and all other claims against CNU are hereby dismissed with prejudice and without costs to either party.

_____
U.S. DISTRICT COURT JUDGE